IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUIR HEALTH, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>USAble MUTUAL INSURANCE COMPANY, d/b/a BlueAdvantage Administrators of Arkansas, an Arkansas non-profit mutual benefit corporation, WAL-MART STORES INC. ASSOCIATES' HEALTH AND WELFARE PLAN, and DOES 1 through 24, inclusive,<br><br>Defendants.<br>                                                        / | No. C 15-05730 WHA<br><br>**REQUEST FOR RESPONSE** |

On January 20, defendant USAble Mutual Insurance Company, d/b/a Blue Advantage Administrators of Arkansas moved to dismiss this action. Plaintiff's response was due on February 3. In lieu of a response, plaintiff filed an amended complaint. By **FEBRUARY 11 AT NOON**, Blue Advantage will please inform the Court whether its pending motion should be denied as moot without prejudice to a motion directed at the amended pleading, or whether it would prefer to continue with the pending motion as if it was directed at the amended pleading. If Blue Advantage elects to proceed with the pending motion, the Court will set a new briefing and hearing schedule.

Dated: February 8, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE