IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUIR HEALTH, a California non-profit public benefit corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>USAble MUTUAL INSURANCE COMPANY, d/b/a BlueAdvantage Administrators of Arkansas, an Arkansas non-profit mutual benefit corporation, WAL-MART STORES INC. ASSOCIATES' HEALTH AND WELFARE PLAN, and DOES 1 through 24, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 15-05730 WHA<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT AND REQUESTING RESPONSE FROM PLAINTIFF** |

On January 20, defendant USAble Mutual Insurance Company, d/b/a BlueAdvantage Administrators of Arkansas filed a motion to dismiss. In lieu of a response, plaintiff filed an amended complaint. BlueAdvantage has informed the Court that its motion should be denied as moot and requests that its deadline to respond to the amended complaint be extended to the same deadline for defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan, which has not yet been served. BlueAdvantage's motion to dismiss is hereby **DENIED AS MOOT**. By **FEBRUARY 11 AT NOON**, plaintiff shall please inform the Court whether it opposes BlueAdvantage's request to extend the deadline to respond to the amended complaint.

　　**IT IS SO ORDERED.**

Dated: February 9, 2016.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE