1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    JOHN MUIR HEALTH, a California non-                    No. C 15-05730 WHA
     profit public benefit corporation,
10

11              Plaintiff,

12        v.

13   USAble MUTUAL INSURANCE                        **ORDER EXTENDING**
     COMPANY, d/b/a BlueAdvantage                   **DEADLINE FOR**
14   Administrators of Arkansas, an Arkansas        **BLUEADVANTAGE TO**
     non-profit mutual benefit corporation,         **RESPOND TO THE FIRST**
15   WAL-MART STORES INC.                           **AMENDED COMPLAINT**
     ASSOCIATES' HEALTH AND
16   WELFARE PLAN, and DOES 1 through
     24, inclusive,
17

18              Defendants.
                                        /

19
              Defendant USAble Mutual Insurance Company, d/b/a BlueAdvantage Administrators of
20
     Arkansas seeks to extend the deadline for it to respond to the first amended complaint to the
21
     same deadline as that for defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan,
22
     which has not yet been served, so that they can file their responses contemporaneously.
23
     Plaintiff responded that it does not oppose BlueAdvantage's request.  BlueAdvantage's request
24
     is hereby **GRANTED**.
25

26        **IT IS SO ORDERED.**
27

28   Dated:  February 10, 2016.
                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE

*United States District Court*
For the Northern District of California