**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MUIR HEALTH, a California non-profit public benefit corporation<br><br>  Plaintiffs,<br><br>vs.<br><br>USAble MUTUAL INSURANCE COMPANY, d/b/a BlueAdvantage Administrators of Arkansas, an Arkansas non-profit mutual benefit corporation, WAL-MART STORES, INC. ASSOCIATES' HEALTH AND WELFARE PLAN, and DOES 1 THROUGH 24, INCLUSIVE,<br><br>  Defendants. | Case No. 3:15-cv-05730-WHA<br><br>**[PROPOSED] ORDER UPON STIPULATION TO AMEND THE MOTION TO DISMISS BRIEFING SCHEDULE** |

  The Court having reviewed the Stipulation to Amend the Motion to Dismiss Briefing Schedule between Plaintiff John Muir Health ("Plaintiff") and Defendants USAble Mutual Insurance Company and Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("Defendants") finds that good cause exists to enter an order granting the Stipulation.

<00>
<00>
<00>

1  It is hereby ORDERED as follows:

2  1. The deadline for Plaintiff to respond to Defendants' Motion to Dismiss shall be
3  **March 29, 2016**.

4  2. The deadline for Defendants to file a reply in support of their Motion to
5  Dismiss shall be **April 5, 2016**.

6  3. The hearing on the Motion to Dismiss and Initial Case Management
7  Conference are set for **April 21, 2016**, **at 8:00 a.m.**

8  IT IS SO ORDERED.

10  DATE: March 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE