**STEPHENSON, ACQUISTO & COLMAN**
JOY Y. STEPHENSON, ESQ. (SBN 113755)
BARRY SULLIVAN, ESQ.    (SBN 136571)
RICHARD A. LOVICH, ESQ. (SBN 113472)
JENNIFER JIAO, ESQ.     (SBN 292205)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone:  (818) 559-4477
FACSIMILE:     (818) 559-5484

Attorneys for Plaintiff
JOHN MUIR HEALTH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUIR HEALTH, a California non-profit public benefit corporation<br><br>Plaintiff,<br><br>vs.<br><br>USAble MUTUAL INSURANCE COMPANY dba BLUEADVANTAGE ADMINISTRATORS OF ARKANSAS, erroneously filed as ARKANSAS BLUE CROSS AND BLUE SHIELD, a Arkansas non-profit mutual benefit corporation; and WAL-MART STORES INC. ASSOCIATES' HEALTH AND WELFARE PLAN; and DOES 1 THROUGH 24, INCLUSIVE<br><br>Defendants. | Case No.:   3:15-cv-05730-WHA<br><br>Hon. William H. Alsup<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES ON COURT'S CALENDAR** |

12550

- 1 -

JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES ON COURT'S CALENDAR

TO THE HONORABLE COURT AND ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that Plaintiff John Muir Health and Defendants USAble Mutual Insurance Company dba Blueadvantage Administrators of Arkansas and Wal-Mart Stores Inc. Associates' Health and Welfare Plan have reached a settlement in principle that disposes of this case in its entirety. The Parties anticipate that the dismissal of this matter, on the satisfactory completion of specified terms, will be completed within 60 days from the date of this Notice of Settlement. The parties estimate that they will file a Stipulation of Dismissal pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii) no later than July 11, 2016.

The Parties stipulate and agree and hereby respectfully request that the Court vacate all dates on calendar for the above-captioned case.

Dated: May 13, 2016               STEPHENSON, ACQUISTO & COLMAN

/s/ Jennifer Jiao, Esq.

JENNIFER JIAO
Attorneys for Plaintiff
JOHN MUIR HEALTH

| | | |
|---|---|---|
| 1 | Dated: May 13, 2016 | LAWRENCE & RUSSELL, PLC |
| 2 | | /s/ J. Gordon Howard, Esq. |
| 3 | | J. GORDON HOWARD |
| 4 | | Attorneys for Defendants USAble |
| 5 | | MUTUAL INSURANCE COMPANY DBA BLUEADVANTAGE |
| 6 | | ADMINISTRATORS OF ARKANSAS AND WAL-MART STORES INC. |
| 7 | | ASSOCIATES' HEALTH AND |
| 8 | | WELFARE PLAN |

12550

- 3 - JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES ON COURT'S CALENDAR