IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUIR HEALTH, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>USAble MUTUAL INSURANCE COMPANY, d/b/a BlueAdvantage Administrators of Arkansas, an Arkansas non-profit mutual benefit corporation, WAL-MART STORES INC. ASSOCIATES' HEALTH AND WELFARE PLAN, and DOES 1 through 24, inclusive,<br><br>Defendants.<br>/ | No. C 15-05730 WHA<br><br>**ORDER VACATING HEARING ON MOTION FOR LEAVE TO AMEND** |

The parties have filed a notice stating that they have settled this matter, and seek to vacate all dates on the Court's calendar. The hearing on plaintiff's motion for leave to file a second amended complaint, scheduled for June 16, is hereby **VACATED**. All other deadlines remain in place until such time that the parties file a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: May 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE