**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MUIR HEALTH, a California non-profit public benefit corporation<br><br>Plaintiffs,<br><br>vs.<br><br>ARKANSAS BLUE CROSS AND BLUE SHIELD, a Arkansas non-profit mutual benefit corporation and DOES 1 THROUGH 25, INCLUSIVE | Case No. 3:15-cv-05730-WHA<br><br>**[PROPOSED] ORDER UPON STIPULATION OF DISMISSAL** |

The Parties have entered into a Stipulation of Dismissal with Prejudice. The Court finds that the Stipulation is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the lawsuit is dismissed in its entirety with prejudice. The parties are responsible for their respective attorney's fees and costs.

DATED: July 12, 2016.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE